Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually, CHRISTINE CHENH, individually, ANTHONY DICH, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRY'S INC. dba GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendants. | Case No. 2:20-cv-02274-RFB-NJK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, through counsel Burke Huber, at the Richard Harris Law Firm, and Defendant, through its counsel Jackson Lewis P.C., Kirsten Milton, that Plaintiff shall have an extension to and including January 13, 2021 to file a response to Defendant's motion to dismiss, and Defendant shall have an extension to and including January 27, 2021 to file its reply in support of its motion to dismiss.

This Stipulation is submitted and based upon the following:

1. On December 23, 2020, Defendant filed a motion to dismiss. [ECF No. 6].

2. Plaintiffs' counsel's entire office was away on vacation beginning December 24, 2020 until January 4, 2021.

3. Plaintiffs' response is currently due on January 6, 2021. However, due to the holiday season and vacation schedules, Plaintiffs' counsel has not had an opportunity to file a response.

4. This request is made in good faith and not for the purpose of delay and is only a seven (7) day request, making Plaintiffs' response due by, and including, January 13, 2021.

5. Defendant's likewise request an additional seven (7) days to file its reply in support of its motion to dismiss, making its reply due on, and including, January 27, 2021.

6. This is the first request for an extension of time.

Dated this 6th day of January 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Kirsten A. Milton* |
| Richard Harris, Bar No. 505 | Kirsten A. Milton, Bar No. 14401 |
| Benjamin Cloward, Bar No. 11087 | 300 S. Fourth Street, Ste. 900 |
| Burke Huber, Bar No. 10902 | Las Vegas, Nevada 89101 |
| 801 S. Fourth Street | *Attorneys for Defendant* |
| Las Vegas, Nevada 89101 | *Landry's Inc.* |
| *Attorney for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 7th day of January, 2021.

2