**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RITA LEGER, individually; et al., and on behalf of other members of the general public similarly situated<br>Plaintiff(s),<br><br>vs.<br><br>LANDRY'S INC. d/b/a GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendant(s). | Case # 2:20-cv-02274-RFB-NJK<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Melisa H. Panagakos (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

Jackson Lewis P.C. (firm name)

with offices at 950 17th Street, Suite 2600 (street address),

Denver (city), Colorado (state), 80202 (zip code),

(303) 892 0404 (area code + telephone number), Melisa.Panagakos@Jacksonlewis.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Landry's Inc. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since <u>November 4, 2013</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>Colorado</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, 10th Circuit | 10/17/2014 | 46540 |
| U.S. District Court, Colorado District | 5/16/2014 | 46540 |
| Colorado | 11/4/2013 | 46540 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Colorado

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Colorado___ )
                        )
COUNTY OF ___Denver___  )

___Melisa H. Panagakos___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___11th___ day of ___January___, ___2021___.

_____
Notary Public or Clerk of Court

**DENISE SCHOWE**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 19954015796**
**MY COMMISSION EXPIRES 10/04/2023**

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Kirsten A. Milton___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Jackson Lewis P.C. 300 S. Fourth Street, Suite 900___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)           (state)         (zip code)

___(702) 921 2460___, ___Kirsten.Milton@jacksonlewis.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Kirsten A. Milton_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jeanette McKay, Director of Legal Affairs, Landry's Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14401                          Kirsten.Milton@jacksonlewis.com
Bar number                     Email address

**APPROVED:**

DATED this 11th day of January, 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, *Cheryl Stevens* Clerk of the Supreme Court of the State of Colorado, do hereby certify that

*Melisa Hallie Panagakos*

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the 4th day of November A. D. 2013 and that at the date hereof the said *Melisa Hallie Panagakos* is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this 7th day of January A. D. 2021

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk