# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually, CHRISTINE CHENH, individually, ANTHONY DICH, individually, FELICIDAD RITER, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRY'S INC. dba GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendants. | Case No. 2:20-cv-02274-RFB-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, through counsel Burke Huber, at the Richard Harris Law Firm, and Defendant, through its counsel Jackson Lewis P.C., Kirsten Milton and Melisa Panagakos, that Defendant shall have an extension of time, through and including February 12, 2021, to file answer or otherwise plead in response to Plaintiffs' First Amended Complaint for Damages ("First Amended Complaint").

This Stipulation is submitted and based upon the following:

1. On December 23, 2020, Defendant filed a motion to dismiss. [ECF No. 6].

2. On January 13, 2021, Plaintiffs filed their First Amended Complaint. [ECF No. 12].

3. Defendant's answer or pleading in response is currently due on January 27, 2021. Due to deadlines and commitments in other matters, Defendant needs additional time to prepare its answer or otherwise plead in response. As such, Defendant requests additional time, through and including February 12, 2021, to answer or otherwise plead.

4. This request is made in good faith and not for the purpose of delay.

5. This is the first request for an extension of time related to Plaintiffs' First Amended Complaint.

Dated this 26th day of January 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Kirsten A. Milton* |
| Richard Harris, Bar No. 505 | Kirsten A. Milton, Bar No. 14401 |
| Benjamin Cloward, Bar No. 11087 | 300 S. Fourth Street, Ste. 900 |
| Burke Huber, Bar No. 10902 | Las Vegas, Nevada 89101 |
| 801 S. Fourth Street | |
| Las Vegas, Nevada 89101 | Melisa H. Panagakos (*pro hac vice*) |
| *Attorney for Plaintiffs* | 950 17th Street, Suite 2600 |
| | Denver, CO 80202 |
| | *Attorneys for Defendant Landry's Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
 UNITED STATES MAGISTRATE JUDGE

Dated: \_\_ January 27, 2021 \_\_\_\_\_

2