# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RITA LEGAR, et al.,<br>    Plaintiffs,<br>v.<br>LANDRYS, INC.,<br>    Defendant. | Case No.: 2:20-cv-02274-RFB-NJK<br>**ORDER** |

To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than March 5, 2021.

IT IS SO ORDERED.

Dated: February 25, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1