Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually, CHRISTINE CHENH, individually, ANTHONY DICH, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRY'S INC. dba GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendants. | Case No. 2:20-cv-02274-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, through counsel Burke Huber, at the Richard Harris Law Firm, and Defendant, through its counsel Jackson Lewis P.C., Kirsten Milton, that Plaintiffs shall have an extension to <u>March 16, 2021</u> to file a response to Defendant's Motion to Dismiss Plaintiffs' first amended complaint.

This Stipulation is submitted and based upon the following:

1. On February 12, 2021, Defendant filed a motion to dismiss Plaintiffs' first amended complaint. [ECF No. 15].

2. In accordance with Local Rule 7-2((b), Plaintiffs' response is currently due February 26, 2021.

3. Plaintiffs' counsel is still homeschooling 3 children and this has caused significant delays in his ability to respond to motions within the ordinary 14 day allotted time.

4. In addition, Plaintiffs' counsel's firm recently switched to a new case management software and this has led to complete files missing, misplaced and uncalendared.

5. Plaintiffs seek an additional time, through and including March 16, 2021, to file their response.

6. As such, Defendant seeks a commensurate amount of additional time, through and including April 9, 2021, to file its reply.

7. This request is made in good faith and not for the purpose of delay.

8. This is the first request for an extension of time.

Dated this 26th day of February 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Burke Huber | /s/ Kirsten A. Milton |
| Richard Harris, Bar No. 505 | Kirsten A. Milton, Bar No. 14401 |
| Benjamin Cloward, Bar No. 11087 | 300 S. Fourth Street, Ste. 900 |
| Burke Huber, Bar No. 10902 | Las Vegas, Nevada 89101 |
| 801 S. Fourth Street | |
| Las Vegas, Nevada 89101 | Melisa H. Panagakos (*pro hac vice*) |
| *Attorney for Plaintiffs* | 950 17th Street |
| | Suite 2600 |
| | Denver, CO 80202 |
| | |
| | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 26th day of February, 2021.

2