Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually, CHRISTINE CHENH, individually, ANTHONY DICH, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRY'S INC. dba GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendants. | Case No. 2:20-cv-02274-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, through counsel Burke Huber, at the Richard Harris Law Firm, and Defendant, through its counsel Jackson Lewis P.C., Kirsten Milton, that Plaintiff shall have an extension to March 23, 2021 to file a response to Defendant's Motion to dismiss.

This Stipulation is submitted and based upon the following:

1. On February 12, 2021, Defendant filed a motion to dismiss. [ECF No. 15].

2. Plaintiff's counsel fell ill on or around March 7, 2021 and the illness lasted approximately 6 days.

3. After the illness, Plaintiff's counsel needed two days to recover.

4. Due to this illness, Plaintiff's counsel requests that he be allowed an additional 7 days.

5. This request is made in good faith and not for the purpose of delay and is only a seven (7) day request.

6. As such, Defendant seeks a commensurate amount of additional time, through and including April 16, 2021 to file a reply.

7. This is the second request for an extension of time.

Dated this 16th day of March 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Burke Huber | /s/ Kirsten A. Milton |
| Richard Harris, Bar No. 505 | Kirsten A. Milton, Bar No. 14401 |
| Benjamin Cloward, Bar No. 11087 | 300 S. Fourth Street, Ste. 900 |
| Burke Huber, Bar No. 10902 | Las Vegas, Nevada 89101 |
| 801 S. Fourth Street | |
| Las Vegas, Nevada 89101 | *Attorneys for Defendant* |
| *Attorney for Plaintiffs* | *Landry's Inc.* |

**ORDER**

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Court

DATED this 16th day of March, 2021.

2