**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually; CHRISTINE CHENH, individually; ANTHONY DICH, individually; FELICIDAD RITER, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LANDRY'S INC. d/b/a GOLDEN NUGGET, and DOES 1 through 25,<br><br>　　　　Defendant. | Case No. 2:20-cv-02274-RFB-NJK<br><br>**ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION SEEKING LEAVE TO AMEND**<br><br>**(First Request)** |

Defendant GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino (incorrectly identified as "Landry's Inc. dba Golden Nugget") ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiffs' Rita Leger, Raymond Allen, Diyana Valkanova, Christine Chenh, Anthony Dich, and Felicidad Riter ("Plaintiffs") by and through their counsel, Burke Huber

at the Richard Harris Law Firm, hereby stipulate and agree to extend the time for Defendant to file its response to Plaintiffs' Motion Seeking Leave to Amend (ECF No. 27).

This Stipulation is submitted and based upon the following:

1. On February 12, 2021, Defendant filed a Motion to Dismiss Parts of Plaintiffs' Amended Complaint (ECF No. 15).

2. On March 26, 2021, Plaintiffs filed a Response in Opposition to Defendant's Motion to Dismiss Parts of Plaintiffs' Amended Complaint (ECF No. 26).

3. That same day, Plaintiffs also filed a Motion Seeking Leave to Amend (ECF No. 27).

4. Defendant's Reply in Support of Its Motion to Dismiss Parts of Plaintiffs' Amended Complaint is due on April 20, 2021 (ECF No. 25).

5. The parties do not have a separate briefing schedule for Plaintiff's Motion Seeking Leave to Amend (ECF No. 27), therefore, under Local Rule 7-2(b), Defendant's response to Plaintiff's motion is due April 9, 2021.

6. To allow Defendant time to first complete its Reply in Support of Its Motion to Dismiss Parts of Plaintiffs' Amended Complaint Defendant due April 20, 2021, the parties request additional time, through and including May 4, 2021 for Defendant to respond to Plaintiffs' Motion Seeking Leave to Amend (ECF No. 27).

7. This stipulation and order is sought in good faith and not for the purpose of delay.

[intentionally left blank]

8. No prior request for any extension of time has been made.

Dated this 9th day of April, 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/Burke Huber* | */s/ Melisa H. Panagakos* |
| Burke Huber, State Bar No. 10902<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 444-4444 | Melisa H. Panagakos (pro hac vice)<br>950 17th Street<br>Suite 2600<br>Denver, CO 80202 |
| *Attorneys for Plaintiffs* | Kirsten A. Milton, State Bar No. 14401<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Telephone: (702) 921-2460 |
| | *Attorneys for Defendant* |

IT IS SO ORDERED.

Dated: April 9, 2021

_____
United States Magistrate Judge

3