Kirsten A. Milton, State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
kirsten.milton@jacksonlewis.com

Melisa H. Panagakos (*pro hac vice*)
**JACKSON LEWIS P.C.**
950 17th Street
Suite 2600
Denver, CO 80202
Telephone: (303) 892-0404
Facsimile: (303) 921-2461
melisa.panagakos@jacksonlewis.com

*Attorneys for Defendant Landry's Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually; CHRISTINE CHENH, individually; ANTHONY DICH, individually; FELICIDAD RITER, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANDRY'S INC. d/b/a GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendant. | Case No. 2:20-cv-02274-RFB-NJK<br><br>**ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION SEEKING LEAVE TO AMEND**<br><br>**(Second Request)** |

Defendant GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino (incorrectly identified as "Landry's Inc. dba Golden Nugget") ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiffs' Rita Leger, Raymond Allen, Diyana Valkanova, Christine Chenh, Anthony Dich, and Felicidad Riter ("Plaintiffs") by and through their counsel, Burke Huber

at the Richard Harris Law Firm, hereby stipulate and agree to extend the time by one week, through and including May 11, 2021, for Defendant to file its response to Plaintiffs' Motion Seeking Leave to Amend (ECF No. 27).

This Stipulation is submitted and based upon the following:

1. On February 12, 2021, Defendant filed a Motion to Dismiss Parts of Plaintiffs' Amended Complaint (ECF No. 15).

2. On March 26, 2021, Plaintiffs filed a Response in Opposition to Defendant's Motion to Dismiss Parts of Plaintiffs' Amended Complaint (ECF No. 26).

3. That same day, Plaintiffs also filed a Motion Seeking Leave to Amend (ECF No. 27).

4. On April 9, 2021, to allow Defendant time to first complete its Reply in Support of Its Motion to Dismiss Parts of Plaintiffs' Amended Complaint due April 20, 2021, the parties requested additional time, through and including May 4, 2021 for Defendant to respond to Plaintiffs' Motion Seeking Leave to Amend (ECF No. 27).

5. On April 9, 2021, the Court granted the parties' Stipulation and Order to Extend Deadline for Defendant to file Response to Plaintiffs' Motion Seeking Leave to Amend (First Request) (ECF No. 29), making Defendant's response due May 4, 2021.

6. Since the Court's Order, counsel for Defendant had an unexpected medical emergency arise.

7. As such, Defendant requests a one-week extension of time, through and including, May 11, 2021, to file its response to Plaintiffs' Motion Seeking Leave to Amend (ECF No. 27).

8. This stipulation and order is sought in good faith and not for the purpose of delay.

///
///
///
///
///

9. This is the second request for any extension of time.

Dated this 3rd day of May, 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Kirsten A. Milton* |
| Burke Huber, State Bar No. 10902 | Kirsten A. Milton, State Bar No. 14401 |
| 801 South Fourth Street | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Telephone: (702) 444-4444 | Telephone: (702) 921-2460 |
| *Attorneys for Plaintiffs* | Melisa H. Panagakos (pro hac vice) |
| | 950 17th Street |
| | Suite 2600 |
| | Denver, CO 80202 |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED** _____May 3\_\_\_, **2021.**

_____
UNITED STATES MAGISTRATE JUDGE