# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually, CHRISTINE CHENH, individually, ANTHONY DICH, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRY'S INC. dba GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendants. | Case No. 2:20-cv-02274-RFB-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION SEEKING LEAVE TO AMEND**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs, through counsel Burke Huber, at the Richard Harris Law Firm, and Defendant, through its counsel Jackson Lewis P.C., Kirsten Milton, that Plaintiffs shall have an extension to June 1, 2021 to file a reply to Defendant's response to Plaintiffs' Motion Seeking Leave to Amend [ECF No. 34].

This Stipulation is submitted and based upon the following:

1. On March 26, 2021, Plaintiffs filed a motion seeking leave to file an amended complaint. [ECF No. 26].

2. Defendant filed a response on May 11, 2021 [ECF No. 34].

3. Plaintiffs' counsel was in trial until May 6, 2021 and conducted an arbitration on May 7, 2021.

4. Due to Plaintiffs' counsel's calendar, he has not had adequate time to review and respond to Defendant's response in opposition.

5. In addition, Plaintiffs' counsel will be traveling to Utah next week and requests additional time to file a reply.

6. Defense counsel agreed to stipulate to Plaintiffs' request.

7. This request is made in good faith and not for the purpose of delay and is only a fourteen (14) day request.

8. This is the first request for an extension of time.

Dated this 18th day of May 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Kirsten A. Milton* |
| Richard Harris, Bar No. 505 | Kirsten A. Milton, Bar No. 14401 |
| Benjamin Cloward, Bar No. 11087 | 300 S. Fourth Street, Ste. 900 |
| Burke Huber, Bar No. 10902 | Las Vegas, Nevada 89101 |
| 801 S. Fourth Street | |
| Las Vegas, Nevada 89101 | *Attorneys for Defendant* |
| *Attorney for Plaintiffs* | *Landry's Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: May 18, 2021