# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RITA LEGAR, et al.,

    Plaintiffs,

v.

LANDRY'S, INC.,

    Defendant.

Case No. 2:20-cv-02274-RFB-NJK

**ORDER**

[Docket No. 27]

Pending before the Court is Plaintiffs' motion for leave to file a second amended complaint. Docket No. 27. A party seeking leave to amend a pleading "must attach the proposed amended pleading to a motion seeking leave of the court to file an amended pleading." LR 15-1(a). Here, Plaintiffs attach a proposed second amended complaint to their motion seeking leave to amend. *See* Docket No. 27-1. Defendant's response addresses that proposed second amended complaint. *See* Docket No. 34. In their reply brief, however, Plaintiffs attach and ask the Court for leave to file an entirely different proposed second amended complaint. *Compare* Docket No. 27-1 *with* Docket No. 37-1. Courts generally disregard arguments first raised in a reply brief because the timing of the argument deprives the opposing party of the opportunity to respond. *See, e.g.*, *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). Plaintiffs' request for leave to file a different second amended complaint violates the Court's Local Rules and is improperly attached to their reply brief.

Accordingly, Plaintiffs' motion for leave to file a second amended complaint, Docket No. 27, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: June 1, 2021

                                                                   Nancy J. Koppe
                                                                   United States Magistrate Judge