**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually; CHRISTINE CHENH, individually; ANTHONY DICH, individually; FELICIDAD RITER, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LANDRY'S INC. d/b/a GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendant. | Case No. 2:20-cv-02274-RFB-NJK<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' NOTICE OF MOTION AND MOTION SEEKING LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino (incorrectly identified as "Landry's Inc. dba Golden Nugget") ("Defendant") by and through its counsel, Jackson Lewis P.C., requests an additional two weeks, through and including June 30, 2021, to file its Response to Plaintiffs' Notice of Motion and Motion Seeking Leave to File a Second Amended Complaint (ECF No. 39), which was filed with the Court on June 2, 2021.

In support of this Motion, Defendant states as follows:

1. On June 2, 2021, Plaintiffs filed a Notice of Motion and Motion Seeking Leave to File a Second Amended Complaint (the "Motion") (ECF No. 39) and attached a Proposed Class Action Second Amended Complaint (the "Proposed Second Amended Complaint") (ECF No. 39-1).

2. Pursuant to Local Rule 7-2(b), Defendant's response to Plaintiffs' Motion is currently due on June 16, 2021.

3. Since the filing of Plaintiffs' Motion (ECF No. 39), the parties have conferred and reached an agreement in principle to allow Plaintiffs to file a Third Amended Complaint removing Plaintiffs' currently proposed Sixth through Ninth Causes of Action and maintaining Plaintiffs' First through Fifth Causes of Action as plead in their current Proposed Second Amended Complaint (ECF No. 39-1).  Such an agreement would effectively moot Plaintiffs' current Motion (ECF No. 39).

4. Therefore, Kirsten Milton, counsel for Defendant, offered to prepare a Stipulation Allowing Plaintiffs to File a Third Amended Complaint and asked Plaintiffs' counsel, Burke Huber, to provide a copy of the proposed Third Amended Complaint that Plaintiffs proposed attaching to the Stipulation for Defendant's review.

5. Mr. Huber told Defense counsel he needed until Friday, June 18, 2021 to prepare a draft of the proposed Third Amended Complaint.

6. Because Defendant's response to Plaintiffs' Motion (ECF No. 39) is currently due on June 16, 2021, Ms. Milton proposed the parties file a stipulation asking the Court to moot Plaintiffs' Motion (ECF No. 39) and allowing the parties until June 23, 2021 to file a Stipulation Allowing Plaintiffs to File a Third Amended Complaint.

7. Ms. Milton then sent Mr. Huber a draft stipulation for his review and approval.

8. Unfortunately, despite Defendant's repeated attempts to reach Mr. Huber, as of the filing of this Motion, Ms. Milton has not heard back from Mr. Huber.

9. Based on Plaintiffs' prior representations, Defendant is hopeful it will ultimately not need to file a response to Plaintiffs' Motion (ECF No. 39), and that the parties will be able to file a stipulation consistent with the above.  However, Defendant is also mindful of the Local Rules

Practice for the United States District Court for the District of Nevada and cannot ignore its obligations to those rules and the Court.

10. Therefore, Defendant files the current Motion seeking an additional two weeks, through and including June 30, 2021, to file its response to Plaintiffs' Motion (ECF No. 39).

11. This Motion is sought in good faith and not for the purpose of delay.

12. This is the first request for an extension by Defendant.

IT IS SO ORDERED.

Dated: June 17, 2021

_____
United States Magistrate Judge