UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RITA LEGER, individually, RAYMOND ALLEN, individually, DIYANA VALKANOVA, individually, CHRISTINE CHENH, individually, ANTHONY DICH, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LANDRY'S INC. dba GOLDEN NUGGET, and DOES 1 through 25,<br><br>Defendants. | CASE NO. Case No. 2:20-cv-02274-RFB-NJK<br><br>DEPT. NO.<br><br>**ORDER GRANTING**<br>       **SUBSTITUTION OF FIRM** |

COME NOW, Plaintiffs, through counsel Burke Huber, of the VAN LAW FIRM, and file this Notice of Substitution of Law Firm.

Plaintiffs consent to this substitution:

Dated: 05 / 05 / 2022                         By: _____
                                                                Rita Leger

Dated: 05 / 05 / 2022                         By: _____
                                                                Raymond Allen

1

Dated: 05 / 05 / 2022      By: _____
                                Diyana Valkanova

Dated: 05 / 06 / 2022      By: *Christine Chenh*
                                Christine Chenh

Dated: 05 / 06 / 2022      By: *Anthony Dich*
                                Anthony Dich

Dated: 05 / 06 / 2022      By: _____
                                Felicidad Riter


Richard Harris Law Firm consents to this substitution:


5/6/2022                   By: /s/Michael Sandoval
                                _____
                                Michael Sandoval Esq.
                                Richard Harris Law Firm
                                801 S. Fourth Street
                                Las Vegas, Nevada 89101


Dated this *6th* day of May, 2022.


                           Respectfully Submitted:
                           **VAN LAW FIRM**

                           /s/ *Burke Huber*
                           _____
                           BURKE HUBER, ESQ.
                           Nevada Bar No. 10902
                           1290 S. Jones Blvd.
                           Las Vegas, NV 89146
                           Attorney for Plaintiffs

**IT IS SO ORDERED.**

Dated: May 9, 2022.         _____
                            Nancy J. Koppe
                            United States Magistrate Judge

2