# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Rita Leger, individually and on behalf of the general public similarly situated, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Landry's Inc. d/b/a Golden Nugget,<br><br>Defendant | Case No.: 2:20-cv-02274-CDS-NJK<br><br>Order Granting Final Approval of Collective Action Settlement, Dismissing Action with Prejudice, and Closing Case |

Plaintiffs Rita Leger, Raymond Allen, Diyana Valkanova, Christine Chenh, and Anthony Dich brought Fair Labor Standards Act (FLSA) and Nevada state law claims against defendant GNLV, LLC[1] d/b/a Golden Nugget Las Vegas Hotel and Casino for alleged minimum wage, wages due, and unlawful taking of tips violations on behalf of themselves and other similarly situated employees who worked at the Golden Nugget. On August 6, 2021, the parties stipulated to, and United States District Judge Richard Boulware approved, the conditional certification of the collective action and authorized the issuance of opt-in notices and consent forms. ECF No. 55.

On December 15, 2022, the parties submitted a joint unopposed motion to approve class action settlement. ECF No. 80. Following consideration of the parties' motion—including the proposed settlement agreement, as well as the distribution plan related to payments, attorneys' fees, and administrative costs—I found that settlement better served the interests of the class than further litigation and granted approval of the collective action settlement. ECF No. 81. The parties filed the fully-executed settlement agreement and release on June 29, 2023. ECF No. 83.

---

[1] Incorrectly identified as Landry's Inc. d/b/a Golden Nugget.

During a hearing on February 12, 2024, I made the following findings: (1) that the Settling Plaintiffs are certified as a collective for settlement purposes only; and (2) the collective action settlement (as reflected in the Settlement Agreement and Release) is in good faith, fundamentally fair, reasonable, and in the best interests of the Settling Plaintiffs. ECF No. 85.

The Settlement Agreement and Release, filed in this action on June 29, 2023 (ECF No. 83), and incorporated as if set forth herein, and the proposed settlement, are finally approved and shall be consummated in accordance with the terms and provisions thereof, except as amended by any order issued by this court.

The court determines that the Settling Plaintiffs shall be deemed to have fully, finally, and forever released GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino from any and all claims related to wages, overtime, bonuses, tips, or any other compensation that were or could have been brought by the Settling Plaintiffs in the action, whether known or unknown, through the date of the Settlement Agreement, under federal, state, or local wage and hour law, including but not limited to such claims under the Fair Labor Standards Act or any state minimum wage laws, state wage payment and collection laws, state overtime statutes, state common law and unjust enrichment, or pursuant to express or implied wage contract claims for hours worked up to and including the date of the Settlement Agreement. Under the release contained in the Settlement Agreement, the claims are dismissed with prejudice by virtue of these proceedings and this order. This order is binding on all Settling Plaintiffs.

Neither the settlement, nor any terms set forth in the Settlement Agreement and Release, are an admission of liability or any wrongdoing by defendant GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino, nor is the final approval order a finding of the validity of any claims in the action or of any wrongdoing by GNLV, LLC d/b/a Golden Nugget Las Vegas Hotel and Casino.

### III. Conclusion

Accordingly, for the reasons set forth on the record during the February 12, 2024 hearing, which are incorporated herein as though fully set forth, this case is dismissed with prejudice. The Clerk of Court is kindly directed to close this case.

Dated: February 13, 2024

_____
Cristina D. Silva
United States District Judge

3